UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIBEL A. AGUILAR,

    Plaintiff,

vs.                                 Case No.: 8:09-cv-02197-VMC-MAP

COMMERCIAL RECOVERY
SYSTEMS, INC.

    Defendant,
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, MARIBEL A. AGUILAR, by and through her undersigned counsel, pursuant to rule 3.08, Rules of the Middle District of Florida, and hereby notifies this Court that the parties have agreed to a settlement in the above matter. The parties are in the process of preparing the necessary settlement paperwork which will be promptly filed with the Court.

Respectfully submitted this 29th day of December, 2009.

                                        **DICESARE, DAVIDSON, & BARKER, P.A.**

                                        by: s/ Harold E. Barker/_____
                                        Harold E. Barker, Esquire
                                        Florida Bar #0500143
                                        E-Mail: rbarker@DDBLAW.com
                                        5640 South Florida Avenue
                                        Post Office Box 7160
                                        Lakeland, Florida 33807-7160
                                        Telephone: (863) 648-5999
                                        Facsimile: (863) 648-4755
                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court for the Middle District, Tampa Division, via CM/ECF and a copy sent via regular U. S. mail to the duly designated Registered Agent for COMMERCIAL RECOVERY SYSTEMS, INC., at Corporation Service Company, 1201 Hays Street, Tallahassee FL 32301-2525 and to David J. Devany, Vice President of Defendant's corporation at 8035 E R L Thornton Fwy, Dallas, TX 75228-7018, this 29th day of December, 2009.

        **DICESARE, DAVIDSON, & BARKER, P.A.**

        /S/ Harold E. Barker_____
        HAROLD E. BARKER, ESQUIRE
        Florida Bar #0500143
        E-Mail:  rbarker@ddblaw.com
        MARIO J. CABRERA, ESQUIRE
        Florida Bar # 0001163
        E-mail:  mcabrera@ddblaw.com
        Post Office Box 7160
        Lakeland, Florida 33807-7160
        Phone (863) 648-5999
        Facsimile (863) 648-4755
        Attorneys for Plaintiff